UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BETH HARTLEY,                    )<br>                                              )<br>          Plaintiff,              )<br>                                              )<br>     v.                                    )     CASE NO. 3:20-cv-00252-RLY-MPB<br>                                              )<br>FUSION MEDICAL STAFFING, LLC, )<br>                                              )<br>          Defendant.              ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Beth Hartley, and Defendant, Fusion Medical Staffing, LLC by their respective counsel, hereby stipulate to dismiss all claims in this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear her/its own costs and attorneys' fees.

BIESECKER DUTKANYCH & MACER, LLC          OGLETREE, DEAKINS, NASH,
                                                                              SMOAK & STEWART, P.C.

By: *s/ Kyle F. Biesecker* (*w/consent*)          By: *s/ Tiaundra M. Gordon-Foster*
    Kyle F. Biesecker, Atty. No. 24095-49            Tiaundra M. Gordon-Foster, Atty. No. 34032-53
    411 Main Street                                                111 Monument Circle, Suite 4600
    Evansville, IN  47708                                     Indianapolis, IN  46204
    Telephone: 812.424.1000                             Telephone: 317.916.1300
    Facsimile: 812.424.1005                              Facsimile: 317.916.9076
    kfb@bdlegal.com                                          *amanda.couture@ogletreedeakins.com*
                                                                              *tiaundra.gordon-foster@ogletreedeakins.com*

    Attorneys for Plaintiff

                                                                              Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 24, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's CM/ECF system.

      Kyle F. Biesecker, Atty. No. 24095-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN  47708
Telephone: 812.424.1000
Facsimile: 812.424.1005
kfb@bdlegal.com


      *s/ Tiaundra M. Gordon-Foster*


Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076

45891930.1