UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BETH HARTLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FUSION MEDICAL STAFFING, LLC, )<br>)<br>Defendant. ) | CASE NO. 3:20-cv-00252-RLY-MPB |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, finds the Joint Stipulation of Dismissal with Prejudice should be granted.

IT IS NOW ORDERED AND ADJUDGED that the above-entitled cause is dismissed with prejudice.

SO ORDERED this 24th day of February 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all
ECF registered counsel of record via email
generated by the court's ECF system.